IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PERRY LANE DAVIS, #226416,      )
                                )
            Petitioner,          )
                                )
v.                              )        CASE NO. 2:12-cv-13-TMH
                                )
J. C. GILES, *et al.*,          )
                                )
            Respondents.        )

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that

1. The Recommendation (Doc. #4) of the Magistrate Judge is ADOPTED;

2. Petitioner's 28 U.S.C. § 2254 petition for habeas corpus relief is DENIED; and

3.  This cause of action is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A).

A separate judgment shall issue.

Done this 27th  day of February, 2012.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE